UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FLORETTA SNOW SORAPURU                                    CIVIL ACTION

VERSUS                                                    NO: 12-0326-MLCF-SS

SHERATON NEW ORLEANS
HOTEL

### ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.  Accordingly,

IT IS ORDERED that:

1. Starwood's motion for sanctions (Rec. doc. 26) is GRANTED in PART and that it be awarded sanctions from Sorapuru and Mr. Robinson.

2. There be judgment in favor of Starwood and against Sorapuru for the reasonable attorneys' fees and costs incurred in the defense of this action.

3. **Within twenty-one(21) days of the entry of this order,** Mr. Robinson shall deliver to counsel for Starwood a check payable to Starwood for $1,000.00.

New Orleans, Louisiana, this  30th  day of    May   , 2013.

_____
**United States District Judge**