UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FLORETTA SNOW SORAPURU** | **CIVIL ACTION** |
| **VERSUS** | **NO: 12-0326** |
| **SHERATON NEW ORLEANS HOTEL** | **SECTION: "F" (1)** |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the plaintiff, Floretta Snow Sorapuru, has filed no objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that:

1. The motion of the defendant, Starwood Hotels & Resorts Worldwide, Inc. ("Starwood"), to set attorneys' fees and costs (Rec. doc. 53) is GRANTED and it is awarded attorneys' fees of $58,786.50 and costs of $5,395.85 from Floretta Snow Sorapuru.

2. There be judgment in favor of Starwood and against Floretta Snow Sorapuru for attorneys' fees of $58,786.50 and costs of $5,395.85 for a total of $64,182.35.

New Orleans, Louisiana, this 18th day of July, 2013.

_____
United States District Judge